**No. 11-5474. Moustapha Magassouba, Petitioner v. United States.**

565 U.S. 1186, 132 S. Ct. 1165, 181 L. Ed. 2d 1034, 2012 U.S. LEXIS 914.

January 23, 2012. Motion for leave to file a petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this motion.

Former decision, 565 U.S. 935, 132 S. Ct. 386, 181 L. Ed. 2d 243, 2011 U.S. LEXIS 6260.

**No. 11-5587. Brandon B. Drewry, Petitioner v. Maine.**

565 U.S. 1186, 132 S. Ct. 1165, 181 L. Ed. 2d 1034, 2012 U.S. LEXIS 1014.

January 23, 2012. Motion for leave to file a petition for rehearing denied.

Former decision, 565 U.S. 915, 132 S. Ct. 331, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 5889.

**No. 11-5824. Solomon N. Powell, Petitioner v. United States.**

565 U.S. 1186, 132 S. Ct. 1165, 181 L. Ed. 2d 1034, 2012 U.S. LEXIS 962.

January 23, 2012. Motion for leave to file a petition for rehearing denied.

Former decision, 565 U.S. 922, 132 S. Ct. 350, 181 L. Ed. 2d 220, 2011 U.S. LEXIS 6832.

**No. 11-8471 (11A698). Rodrigo Hernandez, Petitioner v. Texas.**

565 U.S. 1186, 132 S. Ct. 1165, 181 L. Ed. 2d 1034, 2012 U.S. LEXIS 1064.

January 26, 2012. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 11A691. John Kasich, Governor of Ohio, et al., Applicants v. Charles Lorraine.**

565 U.S. 1186, 132 S. Ct. 1306, 181 L. Ed. 2d 1034, 2012 U.S. LEXIS 1065.

February 8, 2012. Application to vacate the stay of execution of sentence of death entered by the United States District Court for the Southern District of Ohio on January 11, 2012, presented to Justice Kagan, and by her referred to the Court, denied.

Same case below, 840 F. Supp. 2d 1044.

**No. 11-8610 (11A734). Edwin Hart Turner, Petitioner v. Mississippi.**

565 U.S. 1187, 132 S. Ct. 1306, 181 L. Ed. 2d 1034, 2012 U.S. LEXIS 1066.

February 8, 2012. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Mississippi denied.